*Friday, March 8, 2002*

## MOTIONS AND PROCEDURAL RULINGS

**01–81.   Univ. Hosps. of Cleveland v. Lynch.** .

Cuyahoga App. Nos. 77129 and 77134. This cause is pending before the court as an appeal and cross-appeal from the Cuyahoga County Court of Appeals. On May 2, 2001, this court ordered the Clerk of the Cuyahoga County Court of Appeals to certify and transmit the record in accordance with S.Ct.Prac.R. V. The Clerk certified the record on June 8, 2001, and, upon requests by this court to certify missing portions of the record, certified additional portions of the record on February 22, 2002. The court has determined that the following portions of the record have not been certified and transmitted by the Clerk of the Cuyahoga County Court of Appeals as required by this court's order and as requested.

| Docket Item No. | Date Filed | Item |
|---|---|---|
| 1 | 7/28/98 | Complaint |
| 28 | 9/24/98 | Answer with Counterclaims |
| 34 | 10/26/98 | Reply to Counterclaims |
| 49 | 3/18/99 | Defendants' Equity Issues Trial Brief |
| 65 | 4/14/99 | Plaintiffs' Memo in Opp. to Defendants' Motion to Dismiss Equity Claims Rule 41(B)(2) |
| 84 | 6/30/99 | Plaintiffs' and Third Party Defendants' Motion for Summary Judgment on Defendants' Counterclaims |

Whereas the Clerk of the Cuyahoga County Court of Appeals has not certified and transmitted the record as required by this court's order,

IT IS ORDERED by the court, *sua sponte*, that the Clerk of the Cuyahoga County Court of Appeals show cause within ten days of the date of this order why he should not be held in contempt for failing to comply with this court's order.

**01–1429.   State v. Mink.**

Montgomery C.P. No. 2000CA2900. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Montgomery County. Upon consideration of the motion to withdraw as counsel by Gary W. Crim and Frank A. Malocu,

IT IS ORDERED by the court that the motion to withdraw as counsel be, and hereby is, denied.

IT IS FURTHER ORDERED by the court, *sua sponte*, that appellant shall file his brief within three days of the date of this entry.

**01–2263.   LTC Ohio, Inc. v. Franklin Cty. Bd. of Revision.**

Board of Tax Appeals, No. 99–T–1993. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for extension of time to file appellant's merit brief pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before April 10, 2002.